UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAKOWER LAW PLLC,

              Plaintiff,

- against -

RICARDO BERNER and PRACTIKO, LLC,

              Defendants.

**ORDER**

21 Civ. 6439 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's initial pretrial conference, the parties will engage in settlement discussions over the next thirty days during which time this case will be stayed.  By **December 6, 2021,** the parties will submit a joint letter concerning the status of settlement negotiations.  If the parties have not settled by that time, this Court will enter the parties' proposed case management plan, save the dates will be adjusted to account for the settlement discussion period.

Dated:  New York, New York
          November 4, 2021

SO ORDERED.

_/s/ Paul G. Gardephe_____
Paul G. Gardephe
United States District Judge