**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
RAKOWER LAW PLLC,

                            Plaintiff,                    21-cv-6439 (PGG) (OTW)

        -against-                              **ORDER**

RICARDO BERNER and PRACTIKO, LLC,

                          Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 39, 40, 41, 43, 44, 46, 47, 49, and 50. The parties are directed to file **ONE** joint discovery status letter by Wednesday, May 4, 2022, identifying each of their respective disputes, explaining what discovery is outstanding, and the parties' efforts to resolve those disputes thus far. The parties shall **ABSTAIN** from filing any new letters regarding their discovery disputes prior to filing the joint discovery status letter.

**SO ORDERED.**

Dated: April 26, 2022                                         _s/ Ona T. Wang_
      New York, New York                               **Ona T. Wang**
                                                          United States Magistrate Judge