```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
RAKOWER LAW PLLC,                                           :
                                                            :
                                Plaintiff,                  :    21-cv-6439 (PGG) (OTW)
                                                            :
                -against-                                   :    **ORDER**
                                                            :
RICARDO BERNER and PRACTIKO, LLC,                           :
                                                            :
                                Defendants.                 :
                                                            :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

ECF Nos. 52 and 54 are stricken for failure to comply with the Court's April 26, 2022 Order (ECF 51). That Order explicitly directed the parties to file **one** joint status letter apprising the Court of the parties' discovery disputes.

The parties are once again directed to submit **ONE (1) joint letter** outlining their discovery disputes, their respective positions on the disputes, and any requested relief. The letter shall not exceed **ten (10) pages**. If the parties are unable to agree on how to share space in the letter, both parties shall have five (5) pages each to outline their positions.

Failure to comply with page limitations **or** failure to submit a single discovery letter may result in sanctions. *See* Fed. R. Civ. P. 16f(1)(C), 37(b)(2)(A)(vii), and 28 U.S.C. § 1927.

The Clerk of Court is respectfully directed to strike ECF Nos. 52 and 54.

**SO ORDERED.**

Dated: May 26, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge