UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

RAKOWER LAW PLLC,

                    Plaintiff,                    21-cv-6439 (PGG) (OTW)

        -against-                    **ORDER**

RICARDO BERNER and PRACTIKO, LLC,

                    Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 60. The Court will hold an in-person status conference in this matter on **Tuesday, August 2, 2022 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The deadline to complete fact discovery is extended to August 2, 2022.

The parties are directed to meet and confer in advance of the conference and attempt to resolve their discovery issues as best they can. The party that has prevented discovery from moving forward shall inform the Court at the status conference why discovery issues continue to remain. If necessary, the Court may require briefing on these discovery issues, and may also consider apportioning or shifting costs under Federal Rule of Civil Procedure 37(a)(5).

The parties shall file a joint conference agenda by **Thursday, July 28, 2022**.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: June 17, 2022                            **Ona T. Wang**
      New York, New York              United States Magistrate Judge