**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAKOWER LAW PLLC,

                      Plaintiff,   21-cv-6439 (PGG) (OTW)

      -against-   **ORDER**

RICARDO BERNER and PRACTIKO, LLC,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On August 10, 2022, the date of the last status conference in this matter, I scheduled an in-person status conference for October 6, 2022. (ECF 71 at 39). On October 4, 2022, I adjourned the October 6 status conference to October 11 to avoid conflict with an ongoing jury trial that had begun on September 28, 2022. (ECF 76). On October 10, 2022, a federal holiday and less than 24 hours before the October 11 status conference, Defendants asked to appear telephonically without obtaining Plaintiff's consent to do so. (ECF 77). I denied the request to appear telephonically (ECF 78), and Defendants asked (again without Plaintiff's consent) the Court to excuse their absence. (ECF 79). Plaintiff timely appeared, in person, for the October 11 status conference; Defendants did not.

By **October 21, 2022**, counsel for Defendants shall submit a status letter reporting on the status of the case, outstanding issues, and the timing and nature of any conversations with opposing counsel regarding Defendants' request to appear telephonically at the October 11 status conference. The letter shall also include three proposed dates during the weeks of

November 7, November 14, and December 5, 2022 for an **in-person**[1] status conference.

Plaintiff may supplement Defendants' status submission by filing their own status letter by **October 26, 2022**.

       **SO ORDERED.**

Dated: October 13, 2022                                *s/ Ona T. Wang*
       New York, New York                      **Ona T. Wang**
                                                       United States Magistrate Judge

---

[1] The Court is mindful that attendance at an in-person status conference will likely require Defendants' counsel to engage in interstate travel. However, the Court has found past telephonic conferences with Defendants to be unproductive and unhelpful. The Court may entertain future requests for telephonic appearances on a case-by-case basis, **after** the next in-person status conference.