UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAKOWER LAW PLLC,

        Plaintiff,      21-cv-6439 (PGG) (OTW)

   -against-          **ORDER**

RICARDO BERNER and PRACTIKO, LLC,

        Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 82 and 83. The Court will hold an in-person status conference in this matter on **Tuesday, November 15, 2022 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall submit a joint agenda in advance of the conference by **November 11, 2022**.

The fact discovery deadline is extended to November 15, 2022. The parties are encouraged to resolve as many of their discovery disputes as possible before that date. However, resolving all open discovery disputes by November 15 does not relieve the parties of in-person attendance at the November 15 conference.

ECF Nos. 44 and 55 were resolved by ECF 61. Accordingly, the Clerk of Court is respectfully directed to close ECF Nos. 44, 55, and 73.

   **SO ORDERED.**

                  _s/ Ona T. Wang_
Dated: October 27, 2022         **Ona T. Wang**
   New York, New York       United States Magistrate Judge