**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAKOWER LAW PLLC,

                Plaintiff,                        21-cv-6439 (PGG) (OTW)

      -against-                               **ORDER**

RICARDO BERNER and PRACTIKO, LLC,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 15, 2022.

By **November 18, 2022**, Defendants shall submit to the Court's e-mail **full and unredacted** copies of ECF Nos. 75-1, 75-2, 75-3, and 75-4. Defendants may also (but are not required to) file under seal a three-page letter explaining why the redactions are warranted, also by November 18, 2022. If filing the letter under seal, Defendants shall also send it to the Court's e-mail address. Additionally, Plaintiff shall file by November 18 those portions of Defendants' privilege log pertaining to the redacted documents.

By **December 2, 2022**, Defendants shall produce to Plaintiff the documents requested at Defendants' continued deposition, as referenced in ECF 85. If Defendants wish to move for a protective order, that motion shall be filed by **November 28, 2022**. Any opposition is due **November 30, 2022**. The Court advises the parties that it may consider apportioning costs under Fed. R. Civ. P. 37(a)(5) if it finds that either the motion or the opposition was not substantially justified.

By **November 18, 2022**, Mr. Gutchess shall file a letter detailing the steps he took between October 4 and October 6 to prepare for the October 11 status conference, at which he did not appear. (*See* ECF Nos. 76, 77, 78, and 79). The letter shall specify any travel plans made or rescheduled as a result of the re-scheduling of the October 6 status conference. Alternatively, if the parties are able to resolve Plaintiff's motion for sanctions regarding Defendants' non-appearance at the October 11 status conference, they shall file a letter informing the Court of that resolution by November 18.

The parties shall submit a joint status letter on discovery by **December 9, 2022**. In that letter, the parties shall jointly propose three dates in the first half of January during which they are available for an in-person status conference.

For the reasons stated on the record at the status conference, Plaintiff's motion to disqualify Defendants' counsel is **DENIED**.

The Clerk of Court is respectfully directed to close ECF 30.

**SO ORDERED.**

Dated: November 15, 2022　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　　New York, New York　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge