UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAKOWER LAW PLLC,

                    Plaintiff,

      -against-

RICARDO BERNER and PRACTIKO, LLC,

                  Defendants.
------------------------------------------------------------x

21-cv-6439 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 89 and 91. Because Plaintiff did not break down the costs associated with its fees and expenses request, the Court declines to issue sanctions against Defendants at this time. *See Korzeniewski v. Sapa Pho Vietnamese Rest. Inc.*, No. 17-CV-5721 (MKB) (SJB), 2019 WL 312149, at *12 (E.D.N.Y. Jan. 3, 2019), *report and recommendation adopted*, No. 17-CV-05721 (MKB) (SJB), 2019 WL 291145 (E.D.N.Y. Jan. 23, 2019) (denying motion for attorney's fees where motion was not supported by adequate documentation). The Court reminds the parties that any request to adjourn future conferences before the Court must be made in a **timely** fashion.

      SO ORDERED.

Dated: November 29, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge