

**AXS Law Group, PLLC**
**O:** 305.297.1878
http://www.axslawgroup.com

April 18, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/20/2023___

> Re:   *Restriction of Docket Entry Containing*
>       *Confidential Information*
>       *(Case No. 21-cv-06439-PGG)*

Dear Judge Rearden,

We represent Defendants Ricardo Berner and Practiko, LLC in this matter. On April 14, 2023, we filed a Response to Plaintiff's Motion for Summary Judgment. However, it has come to our attention that we inadvertently disclosed a bank account number in our exhibits. We contacted the CM-ECF help Desk, who directed us to file a letter requesting permission to restrict the relevant docket entries. ECF Nos. 117-120; 117-31. Accordingly, we respectfully request permission to restrict public access to ECF No. 117, until we file a corrected version with the bank account numbers redacted, except for the last four digits.

Thank you very much for your attention to this matter.

Defendants' request (ECF No. 119) to temporarily restrict public access to ECF No. 117 is GRANTED.  By April 24, 2023, Defendants shall file a redacted version of the document (*see* ECF No. 117.)  The Clerk of Court is directed to terminate ECF No. 119.
SO ORDERED.

*Jennifer H. Rearden*
April 20, 2023

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel:  305.297.1878

By:  */s/ Bernardo Franco*
Jeffrey W. Gutchess, Esq.
jeff@axslawgroup.com
eservice@axslawgroup.com
Bernardo N. de Mello Franco
bernardo@axslawgroup.com

*Counsel for Defendants Ricardo Berner and Practiko, LLC*