**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
RAKOWER LAW PLLC,                                           :
                                                            :
                         Plaintiff,                         :    21-cv-6439 (LTS) (OTW)
                                                            :
              -against-                                     :           ORDER
                                                            :
RICARDO BERNER, et al.,                                     :
                                                            :
                         Defendants.                        :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, December 10, 2025 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: October 7, 2025
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge