# RAKOWER LAW · PLLC

MEMO ENDORSED.

November 19, 2025

**VIA ECF**
The Honorable Ona T. Wang
United State District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

      Re:    *Rakower Law PLLC v. Ricardo Berner and Practiko, LLC,*
               Case No. 21-CV-6439(LTS)a

Dear Judge Wang:

      As instructed during yesterday's call with the parties, I write jointly on behalf of both parties to request that the Court reset the settlement conference currently scheduled for December 10, 2025 (ECF 143) to December 18, 2025. The parties are available that day in either the morning or afternoon.

      Alternatively, the parties can be available in either the morning or afternoon of January 5, 2026.

      This is the parties' first request for adjournment of this post-summary judgment settlement conference. The adjournment of this conference date does not affect any other deadlines for this matter.

                             Respectfully submitted,

                             Travis J. Mock

cc:      All counsel of record (via ECF)

The December 10, 2025 settlement conference is **ADJOURNED** to **December 18, 2025** at **10:00 A.M.**

**SO ORDERED.**

Ona T. Wang         December 4, 2025
U.S.M.J.

260 MADISON AVENUE, 15TH FL., NEW YORK, N.Y. 10016
TEL: (212) 660-5550 ◆ FAX: (212) 660-5551
WWW.RAKOWERLAW.COM